IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARDO LUCERO,

      Plaintiff,

vs.                                                 CIV 14-0393 KG/KK

ALBERT OLIVAS, *ET AL.,*

      Defendants.

### ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **WEDNESDAY, DECEMBER 10, 2014 AT 3:00 PM**. Counsel shall call Judge Gonzales' Meet Me line at 505.348.2354 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
UNITED STATES DISTRICT JUDGE