**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

EDUARDO LUCERO,
    Plaintiff,

v.                                                                    No.: 1:14-cv-393-KG-KK

ALBERT OLIVAS, DAVID PENA,
DWANE PENA, SILVERIO PENA,
MICHAEL GILBERT, EDDIE ARAGON, JR.,
GILBERT MARTINEZ, MATHEW STEPHENSON,
JOHN DOE, JANE DOE, JOHN P. SWEENEY and
YOLANDA BERUMEN-DEINES each in their individual capacities,
and the NEW MEXICO CHILDREN, YOUTH, AND FAMILIES DEPARTMENT,
    Defendants.

*Consolidated with:*

ISAAC RAMIREZ,
    Plaintiff,

v.                                                                    No.: 1:14-cv-394-KG-KK

OLIVAS, et al.,
    Defendants.

*Consolidated with:*

JACOB GONZALES,
    Plaintiff,

v.                                                                    No.: 1:14-cv-395-KG-KK

OLIVAS, et al.,
    Defendants.

*Consolidated with:*

DANTE WOODS,
    Plaintiff,

v.                                                                    No.: 1:14-cv-396-KG-KK

OLIVAS, et al.,
    Defendants.

## ORDER GRANTING UNOPPOSED
## MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court upon an Unopposed Motion for Extension of Time, and the Court having read said pleadings and being fully advised in the premises, FINDS that this Court has jurisdiction over the parties and of the subject matter of said case and that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs shall file and serve their response to Defendant Eddie Aragon's Motion to Dismiss (Doc. 37) by February 19, 2015.

_____
UNITED STATES DISTRICT JUDGE