IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDUARDO LUCERO,
    Plaintiff,

vs.                                                                                                                  No. CIV-14-00393-KG-KK

ALBERT OLIVAS, DAVID PENA, DWANE PENA,
SILVERIO PENA, MICHAEL GILBERT,
EDDIE ARAGON, JR., GILBERT MARTINEZ,
MATTHEW STEPHENSON, JOHN DOE, JANE DOE,
JOHN P. SWEENEY and YOLANDA BERUMEN-DEINES
each in their individual capacities, and the NEW MEXICO
CHILDREN, YOUTH AND FAMILIES DEPARTMENT,
    Defendants.                                            *Consolidated with:*

ISAAC RAMIREZ,
    Plaintiff,
vs.                                                                                                 No. CIV-14-00394-KG-KK

OLIVAS, *et al.*,
    Defendants.                                            *Consolidated with:*

JACOB GONZALES,
    Plaintiff,

vs.                                                                                                 No. CIV-14-00395-KG-KK

OLIVAS, *et al.*,
    Defendants.                                            *Consolidated with:*

DANTE WOODS,
    Plaintiff,

vs.                                                                                                 No. CIV-14-00396-KG-KK
OLIVAS, *et al.*,
    Defendants.

**ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, SEPTEMBER 14, 2017, AT 1:30 PM**. Counsel shall call Judge Gonzales' Meet Me line at 505-348-2354 to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE