IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDUARDO LUCERO,
    Plaintiff,

v.                                         Civ. No. 14-393 KG/KK

ALBERT OLIVAS et al.,
    Defendants.

                                    *Consolidated with:*

ISAAC RAMIREZ,
    Plaintiff,

v.                                        Civ. No. 14-394 KG/KK

ALBERT OLIVAS et al.,
    Defendants.

                                    *Consolidated with:*

JACOB GONZALES,
    Plaintiff,

v.                                        Civ. No. 14-395 KG/KK

ALBERT OLIVAS, et al.,
    Defendants.

                                    *Consolidated with:*

DANTE WOODS,
    Plaintiff,

v.                                        Civ. No 14-396 KG/KK

ALBERT Olivas et al.,
    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Honorable Kenneth J. Gonzales, United States District Judge, State of New Mexico, upon the unopposed written motion of Defendants Eddie Aragon Jr., Albert Olivas, David Pena, Dwane Pena, Silverio Pena, Michael Gilbert, Gilbert Martinez, Matthew Stephenson, John P. Sweeney, Yolanda Bermumen-Deines and New Mexico Children, Youth and Families Department ("Defendants"), to dismiss this action with prejudice; Plaintiffs Eduardo Lucero, Isaac Ramirez, Jacob Gonzales and Dante Woods' ("Plaintiffs") concurring with the Unopposed Motion; and the Court, being fully advised,

FINDS:

1. This Court has jurisdiction over the parties and subject matter herein and shall exercise its jurisdiction over same;

2. Plaintiffs have agreed to this dismissal with prejudice of all claims alleged herein by Plaintiffs, past, present and future, as to Defendants, as a result of reaching a settlement of all claims herein; and

3. Defendants' Unopposed Motion to Dismiss with Prejudice is well-taken and is hereby granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. The Complaint for Civil Rights Violations, Personal Injuries, Negligence, Violations of the New Mexico Tort Claims Act and Damages filed on behalf of Plaintiffs individually in the First Judicial District State Court, and removed to the United States District Court on April 28, 2014, and consolidated herein, is hereby dismissed with prejudice as to all Defendants.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:

2. Plaintiffs and Defendants shall be responsible for payment of their respective attorney's fees and costs incurred in this action.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

*/s/ Richard J. Shane*
Richard J. Shane, Esq.
Riley, Shane & Keller, P.A.
3880 Osuna Road, NE
Albuquerque, NM 87109
*Attorneys for Defendant,*
*Eddie Aragon, Jr.*

*Electronically approved December 12, 2017*
Sean Olivas
Keleher & McLeod, P.A.
P.O. Box AA
Albuquerque, NM 87103
(505)346-4646
so@keleher-law.com
*Attorney for Defendants Albert Olivas et al.*

Approved By:

*Electronically approved January 3, 2018*
Roger I. Smith, Esq.
The Revo/Smith Law Firm, LLC
10400 Academy Rd. NE, Suite 200
Albuquerque, NM 87111
(505) 293-8888
rsmith@revosmithlaw.com
and
*Electronically approved January 4, 2018*
James Allen Hayes, Esq.
The Hayes Law Firm, P.C.
P.O. Box 8214
Santa Fe, NM 87504
(575) 527-4878
thehayeslawfirm@gmail.com
*Attorneys for Plaintiffs*